IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES AMAR WOODS,            )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )        1:16cv777-MHT
                             )            (WO)
MARK JOHNSON, et al.,        )
                             )
        Defendants.          )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of a state court's revocation of his bond and asking this court to order the state court to reduce his bond.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted, except that the dismissal will be without prejudice.

An appropriate judgment will be entered.

DONE, this the 4th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE